The People of the State of Illinois, Plaintiff-Appellee, *v.* Jerry New, Defendant-Appellant.

(No. 59326; ▮▮▮▮▮▮▮▮▮▮)

First District (1st Division)—January 20, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Terrence McQuigg and Matthew J. Beemsterboer, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Raymond J. Prosser, Assistant State's Attorneys, of counsel), for the People.